STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

James Berry Reichman
Reichman Law Firm
728 Jackson St.
Alexandria LA 71301-8011

Barbara Bell Melton
Faircloth Melton, LLC
105 Yorktown Drive
Alexandria LA 71303

Christopher M. Chesne
Faircloth, Melton & Sobel, LLC
105 Yorktown Drive
Alexandria LA 71303

> Judgment on rehearing rendered and mailed to all parties or counsel of record on May 10, 2023

**REHEARING ACTION: May 10, 2023**

**Docket Number: 22   00606-CA**

**WILVAN M. MILLER, ET UX**
**VERSUS**
**MORRISON ENVIRONMENTAL SERVICES, INC.,**
**ET AL.**

**Appealed from Rapides Parish Case No. 267,524**

**BEFORE JUDGES:**

   **Hon. Shannon J. Gremillion**
   **Hon. Jonathan W. Perry**
   **Hon. Charles G. Fitzgerald**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Morrison Environmental Services, Inc. d/b/a Adams Pest**

**Control of Alexandria** has this day been

   **DENIED.**

cc: Sidney Wallis Degan, III, Counsel for the Appellee
    Mandy A. Simon, Counsel for the Appellee
    B. Gene Taylor, III, Counsel for the Appellant
    Connor C. Headrick, Counsel for the Appellant